## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07cv6368
JUDGE LEINENWEBER
MAG. JUDGE ASHMAN

In the Matter of
Thomas Baker and Angela Baker
    Plaintiffs
v.
Patrick McGahren, Howard Schwartz and Unicyn Financial Companies LLC, a New Jersey Limited Liability Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Patrick McGahren, Howard Schwartz and Unicyn Financial Companies LLC, a New Jersey Limited Liability Company

FILED
NOV X 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Diane R. Sabol |
| SIGNATURE | s/ Diane Sabol |
| FIRM | Mayer Brown LLP |
| STREET ADDRESS | 71 South Wacker Dr. |
| CITY/STATE/ZIP | Chicago, Illinois 60606 |
| ID NUMBER | 6278369 |
| TELEPHONE NUMBER | (312) 782-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐