IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS BAKER & ANGELA BAKER | : |
| v. | : CASE NO. 07 C 6368 |
| PATRICK MCGAHREN, HOWARD SCHWARTZ and UNICYN FINANCIAL COMPANIES, LLC, a New Jersey Limited Liability Company | : |

**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant, Unicyn Financial Companies ("Unicyn"), by counsel and in compliance with Local Rule 3.2 states as follows:

The nongovernmental corporate party, Unicyn, in the above captioned civil action, does not have any publicly held affiliates.

Dated: November 14, 2007          Respectfully submitted,

Unicyn Financial Companies, LLC.


By:   s/ Diane R. Sabol
         One of Its Attorneys

Andrew S. Rosenman
Diane R. Sabol
Mayer Brown LLP
71 South Wacker Dr.
Chicago, Illinois  60606
Tel:  (312) 782-0600
Fax: (312) 701-7711

Randall C. Schauer
FOX ROTHSCHILD LLP
747 Constitution Dr., Suite 100
Exton, PA 19341
Tel:  (610) 458-4967

EX1 202912v1 11/01/07

## **CERTIFICATE OF SERVICE**

I, Diane R. Sabol, an attorney, hereby certify that on November 14, 2007, a copy of the foregoing Local Rule 3.2 Disclosure was served upon the party listed below via first-class mail, postage pre-paid.

                                                          s/ Diane R. Sabol
                                                            Diane R. Sabol

Paul A. Greenberg, Esq.
Howard J. Fishman, Esq.
ARONBERG, GOLDGEHN DAVIS & GARMISA
300 North Wabash Avenue, Suite 3000
Chicago, Illinois 60611

EX1 202912v1 11/01/07