# EXHIBIT A

## Angela Baker Commission Schedule

**2006**  ·  **2005 Overpaid Comm**  ·  $ (7,960.59)

### January 2006

| PO# | Lessee: | Date Funded: | Cost of Funds | Equipment Cost | O/S Comm | Profit: | 40% Comm. | Fee Shortage | Net Comm. |
|---|---|---|---|---|---|---|---|---|---|
| 22170 | John Nemetz | 1/3/2006 | 8.05% | $ 26,154.40 | $ 523.09 | $ 2,767.01 | $ 1,106.80 | | $ 1,106.80 |
| 22379 | Paul J. Maher | 1/3/2006 | 8.05% | $ 12,222.25 | $ - | $ 426.03 | $ 170.41 | | $ 170.41 |
| 22397 | Robert Larson | 1/6/2006 | 8.53% | $ 67,330.00 | $ 673.30 | $ 3,734.89 | $ 1,493.96 | | $ 1,493.96 |
| 22173 | Western Carolina | 1/10/2006 | 8.11% | $ 60,950.00 | $ - | $ 2,859.28 | $ 1,143.71 | | $ 1,143.71 |
| 22321 | David Zehnder | 1/10/2006 | 8.11% | $ 64,026.52 | $ - | $ 1,882.36 | $ 752.95 | | $ 752.95 |
| 22387 | Richland Eye Care | 1/10/2006 | 8.11% | $ 48,102.80 | $ 481.03 | $ 1,300.21 | $ 520.08 | | $ 520.08 |
| 22418 | Glen Alex | 1/10/2006 | 8.11% | $ 35,920.00 | $ - | $ 1,480.37 | $ 592.15 | | $ 592.15 |
| 21535 | Dawn Tuminello | 1/16/2006 | 8.42% | $ 177,151.02 | $ 3,597.14 | $ 13,082.51 | $ 5,233.00 | | $ 5,233.00 |
| 22512 | Chicago Cornea Assoc | 1/19/2006 | 8.06% | $ 25,455.00 | $ - | $ 865.19 | $ 346.08 | | $ 346.08 |
| 22482 | James Komendera | 1/20/2006 | 8.06% | $ 60,915.81 | $ 609.16 | $ 4,033.41 | $ 1,613.36 | | $ 1,613.36 |
| 22554 | Robert Deck | 1/23/2006 | 8.05% | $ 24,780.00 | $ - | $ 844.58 | $ 337.83 | | $ 337.83 |
| 22577 | Ohio Eyecare Spec | 1/24/2006 | 8.07% | $ 8,200.00 | $ 328.00 | $ 284.90 | $ 113.96 | | $ 113.96 |
| 22124 | Naperville Vision | 1/25/2006 | 8.16% | $ 47,240.08 | $ 447.00 | $ 1,037.70 | $ 415.08 | | $ 415.08 |
| 22597 | Center for Age Mgmt | 1/25/2006 | 8.16% | $ 47,450.00 | $ 474.50 | $ 2,482.15 | $ 992.86 | | $ 992.86 |
| | | | | $ 725,897.88 | $ 7,333.22 | $ 37,080.61 | $ 14,832.24 | $ - | $ 14,832.24 |

| | | |
|---|---|---|
| Less Salary for January | | $ 5,538.48 |
| Net Commission Due for January | | $ 9,293.76 |

### February 2006

| PO# | Lessee: | Date Funded: | Cost of Funds | Equipment Cost | O/S Comm | Profit: | 40% Comm. | Fee Shortage | Net Comm. |
|---|---|---|---|---|---|---|---|---|---|
| 22135 | John D. Power, OD | 2/6/2006 | 8.26% | $ 27,144.49 | $ 271.44 | $ 982.64 | $ 393.06 | | $ 393.06 |
| 22169 | St Clair Eye | 2/6/2006 | 8.26% | $ 23,390.37 | $ - | $ 633.91 | $ 253.56 | | $ 253.56 |
| 22696 | David Sawyer | 2/6/2006 | 8.26% | $ 39,482.85 | $ 394.82 | $ 1,382.67 | $ 553.07 | | $ 553.07 |
| 22248 | Family Eye Care | 2/7/2006 | 8.27% | $ 30,944.53 | $ - | $ 774.80 | $ 309.92 | | $ 309.92 |
| 22246 | Shelly Baker | 2/16/2006 | 8.26% | $ 23,390.37 | $ - | $ 1,128.28 | $ 451.31 | | $ 451.31 |
| 22810 | Thomas Jennings | 2/27/2006 | 8.41% | $ 18,500.00 | $ - | $ 1,112.58 | $ 445.03 | | $ 445.03 |
| 22684 | Timothy McGillin | 2/28/2006 | 8.36% | $ 50,259.40 | $ 502.59 | $ 351.76 | $ 140.70 | $ (99.00) | $ 41.70 |
| 22699 | GM Revelle | 2/28/2006 | 8.36% | $ 8,514.68 | $ 84.15 | $ 127.46 | $ 50.98 | | $ 50.98 |
| 22771 | Westside Medical | 2/28/2006 | 8.36% | $ 40,950.00 | $ 409.50 | $ 5,770.92 | $ 2,308.37 | | $ 2,308.37 |
| 22847 | Western Carolina | 2/28/2006 | 8.36% | $ 9,100.00 | $ - | $ 895.01 | $ 358.00 | | $ 358.00 |
| | | | | $ 271,676.69 | $ 1,662.50 | $ 13,160.03 | $ 5,264.01 | $ (99.00) | $ 5,165.01 |

| | | |
|---|---|---|
| Less Salary for February | | $ 5,538.48 |
| Net Commission Due (O/PD) For February | | $ (373.47) |
| Cumulative Commission Due (O/PD) For February | | $ 8,920.30  Paid 3/24/06 |

### March 2006

| PO# | Lessee: | Date Funded: | Cost of Funds | Equipment Cost | O/S Comm | Profit: | 40% Comm. | Fee Shortage | Net Comm. |
|---|---|---|---|---|---|---|---|---|---|
| 22519 | Whitson Vision | 3/7/2006 | 8.88% | $ 248,119.81 | $ 5,257.00 | $ (1,738.52) | $ (695.41) | $ - | $ (695.41) |
| 22579 | Vision Surgeons | 3/22/2006 | 8.44% | $ 20,997.90 | $ 209.90 | $ 72.47 | $ 28.99 | $ (99.00) | $ (70.01) |
| 22623 | Phil Davis | 3/14/2005 | 8.52% | $ 36,500.00 | $ - | $ 1,178.83 | $ 471.53 | $ - | $ 471.53 |
| 22720 | Richard Bursua | 3/9/2006 | 8.50% | $ 28,475.00 | $ 284.75 | $ 1,281.15 | $ 512.46 | $ - | $ 512.46 |
| 22732 | Looking Glass Assoc | 3/10/2006 | 8.49% | $ 4,240.00 | $ 42.40 | $ 215.54 | $ 86.22 | $ - | $ 86.22 |
| 22880 | David Spencer | 3/22/2006 | 8.44% | $ 24,733.00 | $ 247.33 | $ 282.72 | $ 113.09 | $ - | $ 113.09 |
| 22890 | Paul Veld | 3/30/2006 | | $ 20,531.00 | $ 452.62 | $ 671.57 | $ 268.63 | $ - | $ 268.63 |
| 22623 | Nicole Ancich | 3/28/2006 | | $ 36,300.00 | $ - | $ 1,046.90 | $ 418.76 | $ - | $ 418.76 |
| 22697 | Anthem Hills Dental | 3/31/2006 | | $ 36,300.00 | $ 502.00 | $ 1,514.61 | $ 605.84 | $ - | $ 605.84 |
| 22270 | McNemar Optical | 3/28/2006 | | $ 8,200.00 | $ 164.00 | $ 53.74 | $ 21.50 | $ - | $ 21.50 |
| 22257 | Belli Eyecare | 3/28/2006 | | $ 200,604.02 | $ 4,012.08 | $ 14,841.27 | $ 5,936.51 | $ (99.00) | $ 5,837.51 |
| 22889 | Steven A Shadwick | 3/29/2006 | | $ 12,000.00 | $ 120.00 | $ 49.39 | $ 19.76 | $ - | $ 19.76 |
| 22694 | Anthem Hills Dental | 3/31/2006 | | $ 36,300.00 | $ - | $ 2,016.61 | $ 806.64 | $ - | $ 806.64 |
| | | | | $ 713,300.73 | $ 11,292.08 | $ 21,486.28 | $ 8,594.51 | $ (198.00) | $ 8,396.51 |

| | | |
|---|---|---|
| Less Salary for March | | $ 6,923.10 |
| Net Commission Due (O/PD) For March | | $ 1,473.41 |
| Cumulative Commission Due (O/PD) For March | | $ 1,473.41 |

# EXHIBIT B

## Tom Baker Commission Schedule
## 2006

**2005 Overpaid Comm** $ (32,280.43)

### January 2006

| PO# | Lessee: | Date Funded: | Cost of Funds | Equipment Cost: | O/S Comm | Profit: | 40% Comm. | Fee Shortage | Net Comm. |
|---|---|---|---|---|---|---|---|---|---|
| 21523 | Brennan & Peloquin | 1/30/2006 | 8.40% | $ 464,274.96 | $ - | $ 21,849.38 | $ 8,739.75 | $ - | $ 8,739.75 |
| 21664 | Richard Hoffman | 1/5/2006 | 8.59% | $ 53,429.46 | $ - | $ 3,318.88 | $ 1,327.55 | $ - | $ 1,327.55 |
| 21678 | Great Smiles Family Dental | 1/30/2006 | 8.07% | $ 350,614.82 | $ 3,718.00 | $ 11,524.71 | $ 4,609.88 | $ - | $ 4,609.88 |
| 22546 | AA Dental Care | 1/6/2006 | 8.76% | $ 77,880.00 | $ 1,574.32 | $ 4,632.17 | $ 1,852.87 | $ - | $ 1,852.87 |
| 22659 | Jose L. Valle | 1/31/2006 | | $ 20,000.00 | $ - | $ 3,179.24 | $ 1,271.70 | $ - | $ 1,271.70 |
| | | | | $ 966,199.24 | $ 5,292.32 | $ 44,504.38 | $ 17,801.75 | $ - | $ 17,801.75 |

Less Salary for January
Net Commission Due for January $ 9,230.76
Cumulative Commission Due (O/PD) For January $ (9,230.76)

### February 2006

| PO# | Lessee: | Date Funded: | Cost of Funds | Equipment Cost: | O/S Comm | Profit: | 40% Comm. | Fee Shortage | Net Comm. |
|---|---|---|---|---|---|---|---|---|---|
| | NONE | | | $ - | $ - | $ - | $ - | $ - | $ - |

Less Salary for February
Net Commission Due (O/PD) For February $ 8,570.99
Cumulative Commission Due (O/PD) For February $ (659.77)

### March 2006

| PO# | Lessee: | Date Funded: | Cost of Funds | Equipment Cost: | O/S Comm | Profit: | 40% Comm. | Fee Shortage | Net Comm. |
|---|---|---|---|---|---|---|---|---|---|
| 22420 | American Brite Dental | 3/13/2006 | 8.52% | $ 31,509.09 | $ 630.00 | $ 710.93 | $ 284.37 | $ - | $ 284.37 |
| 21771 | Spiro Spyratos | 3/31/2006 | n/a | $ 279,828.65 | $ - | $ 26,034.50 | $ 10,413.80 | $ - | $ 10,413.80 |
| 22106 | Sean Rardin | 3/27/2006 | | $ 110,000.00 | $ - | $ 10,812.76 | $ 4,325.10 | $ - | $ 4,325.10 |
| 22900 | John Bennet | 3/20/2006 | 8.74% | $ 39,723.42 | $ 794.00 | $ 1,044.73 | $ 417.89 | $ - | $ 417.89 |
| | | | | $ 461,061.16 | $ 1,424.00 | $ 38,602.92 | $ 15,441.17 | $ - | $ 15,441.17 |

Less Salary for March
Net Commission Due (O/PD) ForMarch $ 11,538.45
Cumulative Commission Due (O/PD) For March $ 3,902.72
Cumulative Commission Due (O/PD) For 2005&2006 $ 3,242.95
$ (29,017.48)