U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6368 |
|---|---|

Thomas Baker and Angela Baker
    Plaintiffs
v.
Patrick McGahren, Howard Schwartz and Unicyn Financial Companies, LLC, a New Jersey limited liability company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Thomas Baker and Angela Baker

| NAME (Type or print) |
|---|
| Paul A. Greenberg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Paul A. Greenberg |

| FIRM |
|---|
| Aronberg, Goldgehn, Davis and Garmisa |

| STREET ADDRESS |
|---|
| 330 N. Wabash, St. 3000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6243021 | 312-828-9600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐