IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Thomas Baker & Angela Baker, | ) | |
|---|---|---|
| Plaintiffs | ) | No. 07C – 6368 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| Patrick McGahren, Howard Schwartz and | ) | Magistrate Judge Ashman |
| Unicyn Financial Companies, LLC, a New | ) | |
| Jersey limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR JUDGMENT BY DEFAULT

Pursuant to Fed. R. Civ. P. 55(b)(2) Defendants, Unicyn Financial Companies, LLC ("Unicyn"), Patrick McGahren, and Howard Schwartz (collectively "Defendants") request entry of default judgment against Plaintiffs Thomas Baker and Angela Baker (collectively "Plaintiffs") as to Defendants' counterclaim.

In support of its Motion, Unicyn states as follows:

1. On February 20, 2007, Plaintiffs filed a Complaint against Defendants Patrick McGahren and Howard Schwartz in the Circuit Court of Cook County in the State of Illinois.

2. On July 16, 2007, Plaintiffs filed a Complaint against Unicyn in the Circuit Court of Cook County in the State of Illinois.

3. On October 4, 2007, an Agreed Order was entered consolidating Plaintiffs' action against Unicyn into Plaintiffs' action against McGahren and Schwartz.

4. On October, 11, 2007 Defendants received Notice of Plaintiffs, Motion to File an Amended Complaint, along with a copy of the First Amended Complaint.

5. Defendants removed this action to this Honorable Court on or about November 9, 2007.

6. On November 16, 2007, Defendants served their Answer and Counterclaim to Plaintiffs' First Amended Complaint on Plaintiffs via first class mail.[1] (Defendants Answer to Plaintiffs' First Amended Complaint and certificate of service are attached as Exhibit A).

7. Plaintiffs failed to comply with Fed. R. Civ. P. 12(a)(2) by not replying to Defendant Unicyn's Counterclaim within twenty (20) days.

8. Defendants' counsel sent a letter, dated December 21, 2007, to Plaintiffs' counsel Paul A. Greenberg and Howard J. Fishman at their business address 330 North Wabash, Suite 3000, Chicago, IL, 60611 informing them that Plaintiffs' answer to Defendants counterclaim was overdue and offering them an extension to respond no later than January 4, 2008. (Defendants counsel's December 21, 2007, letter is attached as Exhibit B);( Certification of Randall C. Schauer, Esq. in Support of Entry of Default, attached hereto as Exhibit C).

9. Plaintiffs still have not answered Defendant Unicyn's counterclaim.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter the attached Order entering judgment by default in favor of Defendants and against the Plaintiffs Thomas Baker and Angela Baker, jointly and severally, in the amount of $29,017.48 plus interest, costs, attorney's fees and any other relief this court deems fit.

---

[1] Defendants' Answer and Counterclaim was filed on November 16, 2007. It is listed as Document 7 on the Docket Sheet. At the time the Answer and Counterclaim was filed, the docketing sheet did not note that a Counterclaim was filed. Per the clerk's request, we are re-filing the Answer and Counterclaim solely to correct the docket sheet entry. The substance of the Answer and Counterclaim has not changed and this re-filing does not change the fact that Plaintiffs received notice of the Counterclaim through Defendants' service of the Answer and Counterclaim that was filed on November 16, 2007 and through additional correspondence from Defendants' counsel (See Exhibits A and B, attached hereto)

Date:  January 14, 2008              Respectfully submitted,


                                     /s/ Diane R. Sabol
                                     Andrew S. Rosenman (local counsel)
                                     Diane R. Sabol (local counsel)
                                     MAYER BROWN LLP
                                     71 South Wacker Dr.
                                     Chicago, IL 60605
                                     312-782-0600

                                     Randall C. Schauer, Esquire (ID #34273)
                                     (admitted pro hac vice)
                                     FOX ROTHSCHILD LLP
                                     747 Constitution Drive, Suite 100
                                     P. O. Box 673
                                     Exton, PA  19341
                                     610-458-7500
                                     *Attorney for Defendants Patrick McGahren, Howard Schwartz and Unicyn Financial Companies*