# EXHIBIT B



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Eagleview Corporate Center
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA 19341-0673
Tel 610.458.7500  Fax 610.458.7337
www.foxrothschild.com

Randall C. Schauer
Direct Dial: (610) 458-4967
Email Address: rschauer@foxrothschild.com

December 21, 2007

Paul A. Greenberg, Esquire
Howard J. Fishman, Esquire
Aronberg, Goldgehn, Davis & Garmisa
330 North Wabash, Suite 3000
Chicago, IL 60611

Re:   **Baker v. MGahren et al.**

Dear Counsel:

Your clients Answer to the Counterclaim contained in the Response filed in Federal court is overdue. I assume that this is simply an oversight. Please file a Response no later than Friday, January 4, 2008, so that resort to motion practice is not necessary.

Very truly yours,

Randall C. Schauer

RS:cpb
cc:   Diane Sabol, Esquire
      Patrick McGahren
      Howard Schwartz

EX1 277017v1 12/21/07

A Pennsylvania Limited Liability Partnership

California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania