# EXHIBIT C

Case 1:07-cv-06368    Document 14-4    Filed 01/14/2008    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Thomas Baker & Angela Baker, | ) | |
|---|---|---|
| Plaintiffs | ) | No. 07C – 6368 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| Patrick McGahren, Howard Schwartz and | ) | Magistrate Judge Ashman |
| Unicyn Financial Companies, LLC, a New | ) | |
| Jersey limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF RANDALL C. SCHAUER, ESQUIRE,
OF FOX ROTHSCHILD LLP, IN SUPPORT OF ENTRY OF
DEFAULT AGAINST PLAINTIFFS THOMAS BAKER & ANGELA
<u>BAKER</u>**

RANDALL C. SCHAUER, of full age, hereby certifies and says:

1. I am a member in good standing of the bar of Pennsylvania and New Jersey and am awaiting admission Pro Hac Vice before this Honorable Court. I am an attorney with the law firm of Fox Rothschild LLP, which maintains offices at 747 Constitution Drive, Suite 100, Exton Pennsylvania, 19341, and am counsel to Defendants Patrick McCahren, Howard Schwartz and Unicyn Financial Companies, LLC. ("Defendants") I submit this Certification in support of Defendant Unicyn's request for entry of a default against plaintiffs Thomas Baker and Angela Baker (the "Plaintiffs"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (the "Federal Rules").

2. Defendants removed this action to this Honorable Court on or about November 9, 2007.

3. On November 16, 2007, Defendants served on Plaintiffs their Answer and Counterclaim to Plaintiffs' First Amended Complaint via first-class mail. (Defendants Answer to Plaintiffs' First Amended Complaint and certificate of service are attached to Defendants' Motion for Judgment By Default as Exhibit A).

4. Upon information and belief, the Plaintiffs are not infants, in the military or incompetent persons.

5. Plaintiffs have failed to submit an answer to Defendant Unicyn Financial Companies, LLC's ("Unicyn") Counterclaim on or by the December 6, 2007 deadline pursuant to Federal Rule 12(a)(2).

6. Defendants' counsel sent a letter, dated December 21, 2007, to Plaintiffs' counsel Paul A. Greenberg and Howard J. Fishman at their business address 330 North Wabash, Suite 3000, Chicago, IL, 60611 informing them that their answer to Defendant Unicyn's Counterclaim, filed before this court, was overdue and offering them an extension to respond no later than January 4, 2008. (Defendant counsel's December 21, 2007, letter is attached to Defendants' Motion for Judgment By Default as Exhibit B).

7. Plaintiffs have still not answered Defendant Unicyn's Counterclaim.

8. Pursuant to Federal Rule 55(a), a judgment by default against the Plaintiffs may be taken after the Clerk of Court has entered the Defendant's default on the record.

9. Accordingly, we respectfully request that the Court note the Plaintiffs' default to answer, and enter such default on the record.

10. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Date:   January 14, 2008        Respectfully submitted,

        /s/ Randall C. Schauer
        Randall C. Schauer, Esquire (ID #34273)
        FOX ROTHSCHILD LLP
        747 Constitution Drive, Suite 100
        P. O. Box 673
        Exton, PA  19341
        610-458-7500
        *Attorney for Defendants Patrick McGahren, Howard Schwartz and Unicyn Financial Companies*