IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Thomas Baker & Angela Baker, | ) | |
|---|---|---|
| Plaintiffs | ) | No. 07C – 6368 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| Patrick McGahren, Howard Schwartz and Unicyn Financial Companies, LLC, a New Jersey limited liability company, | ) ) ) | Magistrate Judge Ashman |
| | ) | |
| Defendants. | ) | |

## ORDER OF ENTRY OF DEFAULT

It appears from the records that the following plaintiffs failed to plead or otherwise defend in this case as required by law:

**Name: THOMAS BAKER**

**Name: ANGELA BAKER**

Therefore, default is entered against the Plaintiffs as authorized by Federal Rule of Civil Procedure 55(a).

Dated: _____

                                              Honorable Harry D. Leinenweber
                                              United States District Court Judge

Prepared by:

Andrew S. Rosenman (local counsel)
Diane R. Sabol (local counsel)
MAYER BROWN LLP
71 South Wacker Dr.
Chicago, IL 60605
312-782-0600

Randall C. Schauer, Esquire (ID #34273)  (admitted pro hac vice)
FOX ROTHSCHILD LLP
747 Constitution Drive, Suite 100
P. O. Box 673
Exton, PA  19341
610-458-7500
*Attorney for Defendants Patrick McGahren, Howard Schwartz and Unicyn Financial Companies*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Thomas Baker & Angela Baker, | ) | |
| Plaintiffs | ) | No. 07C – 6368 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| Patrick McGahren, Howard Schwartz and | ) | Magistrate Judge Ashman |
| Unicyn Financial Companies, LLC, a New | ) | |
| Jersey limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this ___ day of January, 2008, upon consideration of Defendants' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) it is hereby Ordered that said Motion is GRANTED.  Therefore, Judgment is hereby ENTERED against the Plaintiffs and in favor of Defendants' counterclaim as follows:

1. Judgment is entered against Plaintiffs Thomas Baker and Angela Baker, jointly and severally, in the amount of $29,017.48, plus interest pursuant to 28 U.S.C. § 1961, costs and attorney's fees in the amount of _____.

Dated: _____  BY THE COURT:

                                  _____
                                  Honorable Judge Harry D. Leinenweber
                                  United States District Court Judge

Prepared by:


Andrew S. Rosenman (local counsel)
Diane R. Sabol (local counsel)
MAYER BROWN LLP
71 South Wacker Dr.
Chicago, IL 60605
312-782-0600

Randall C. Schauer, Esquire (ID #34273)  (admitted pro hac vice)
FOX ROTHSCHILD LLP
747 Constitution Drive, Suite 100
P. O. Box 673
Exton, PA  19341
610-458-7500
*Attorney for Defendants Patrick McGahren, Howard Schwartz and Unicyn Financial Companies*