## CERTIFICATE OF SERVICE

      I, Diane R. Sabol, an attorney, hereby certify that on January 14, 2008, caused to be served, via U.S. Mail, a true and correct copy of DEFENDANTS' MOTION FOR JUDGMENT BY DEFAULT, and notice of motion thereof, and proposed orders, upon the individuals listed below.  Registered members of the Court's CMECF system that are participants in these proceedings also received electronic notice of this filing.

                                                                                   /s/ Diane R. Sabol
                                                                                   Diane R. Sabol

Paul A. Greenberg, Esq.
Howard J. Fishman, Esq.
ARONBERG, GOLDGEHN DAVIS & GARISA
300 North Wabash Avenue, Suite 3000
Chicago, Illinois 60611