IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thomas Baker & Angela Baker,  ) | |
|     Plaintiffs  ) | No. 07C – 6368 |
| ) | |
| v.  ) | Judge Leinenweber |
| ) | |
| Patrick McGahren, Howard Schwartz and  ) | Magistrate Judge Ashman |
| Unicyn Financial Companies, LLC, a New  ) | |
| Jersey limited liability company,  ) | |
| ) | |
|     Defendants.  ) | |

## NOTICE OF MOTION

    TO:    All Counsel of Record

    PLEASE TAKE NOTICE that on Tuesday, January 22, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Harry D. Leineneweber, at 219 S. Dearborn, Chicago, Illinois 60603, courtroom 1941, and then and there present the foregoing DEFENDANTS' MOTION FOR JUDGMENT BY DEFAULT, copy of which is attached hereto and hereby served upon you.

Date:　January 14, 2008	Respectfully submitted,

        /s/ Diane R. Sabol
        Andrew S. Rosenman (local counsel)
        Diane R. Sabol (local counsel)
        MAYER BROWN LLP
        71 South Wacker Dr.
        Chicago, IL 60605
        312-782-0600

        Randall C. Schauer, Esquire (ID #34273)
        (admitted pro hac vice)
        FOX ROTHSCHILD LLP
        747 Constitution Drive, Suite 100
        P. O. Box 673
        Exton, PA  19341
        610-458-7500
        *Attorney for Defendants Patrick McGahren, Howard Schwartz and Unicyn Financial Companies*