IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Thomas Baker & Angela Baker, | ) | |
|---|---|---|
| Plaintiffs | ) | No. 07C – 6368 |
| | ) | |
| v. | ) | Judge Leinenweber |
| | ) | |
| Patrick McGahren, Howard Schwartz and | ) | Magistrate Judge Ashman |
| Unicyn Financial Companies, LLC, a New | ) | |
| Jersey limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I, Diane R. Sabol, an attorney, hereby certify that on January 14, 2008, caused to be served, via U.S. Mail, a true and correct copy of DEFENDANTS' NOTICE OF MOTION, upon the individuals listed below.  Registered members of the Court's CMECF system that are participants in these proceedings also received electronic notice of this filing.

                                                           /s/ Diane R. Sabol
                                                            Diane R. Sabol

Paul A. Greenberg, Esq.
Howard J. Fishman, Esq.
ARONBERG, GOLDGEHN DAVIS & GARISA
300 North Wabash Avenue, Suite 3000
Chicago, Illinois 60611