**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Thomas Baker and Angela Baker,<br><br>           Plaintiffs/Counter-Defendants,<br><br>  v.<br>Patrick McGahren, Howard Schwartz and Unicyn Financial Companies, LLC, a New Jersey limited liability company,<br><br>           Defendants/<br>           Counter-Plaintiffs. | Case No.  07 C 6368<br><br>Judge Leinenweber<br>Magistrate Judge Ashman |

**PLAINTIFFS/COUNTER-DEFENDANTS RESPONSE TO MOTION FOR JUDGMENT BY DEFAULT ON COUNTERCLAIM**

Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker (the "Bakers"), filed a state court action against Defendants arising from their employment by Unicyn Financial Companies ("Unicyn").  Unicyn refused to pay each of them wages following their separation from employment with Unicyn when it was acquired by another company.  The Bakers brought individual claims for violation of the Illinois Wage Act, breach of a written employment agreement, and common law fraud against Unicyn and its principals, McGahren and Schwartz. On November 9, 2007, Defendants removed the state court action to this Court asserting diversity of citizenship jurisdiction.

On November 16, Defendants filed a document captioned "Answer to Complaint" (Doc. No. 7) and, on that same day, an "Amended Notice of Removal" (Doc. No. 8).  No counterclaim was docketed by the Clerk (see PACER civil docket sheet attached as Exhibit A) and the undersigned counsel, through inadvertence,

was unaware that a four paragraph counterclaim was included at the end of the Answer on page 30.

On January 14, 2008, Plaintiffs' re-filed their overlooked Counterclaim and sought a default judgment against the Bakers.  The Court has not yet conducted any status hearing or entered any scheduling order in this matter and Defendants/Counter-Plaintiffs would not be prejudiced by the relief requested herein.  Attached as Exhibit B is Plaintiffs/Counter-Defendants' proposed Answer and Affirmative Defenses to the Counterclaim.

WHEREFORE, Plaintiffs/Counter-Defendants respectfully request that the Court: 1) deny Defendants/Counter-Plaintiffs' Motion for Default Judgment on Counterclaim; 2) grant the Plaintiffs/Counter-Defendants leave, *instanter*, to file their Answer and Affirmative Defenses to the Counterclaim (attached as Exhibit B); and 3) grant such further relief as the Court deems just and appropriate.

Dated:     January 15, 2008          Thomas Baker & Angela Baker


By:    /s/Howard J. Fishman
         One of their attorneys


Paul A. Greenberg
Howard J. Fishman
Aronberg Goldgehn Davis & Garmisa
330 North Wabash -. Suite 3000
Chicago, Illinois   60611
(312) 828-9600 Telephone
(312) 828-9635 Facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed this 15th day of January, 2008 via the Court's CM/ECF System and copies were served on counsel of record via the Court's electronic filing system.

                                                                   /s/ Howard J. Fishman

468501.1