# Exhibit A

ASHMAN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06368

Baker et al v. McGahren et al
Assigned to: Honorable Harry D. Leinenweber
Case in other court: Circuit Court of Cook County, Illinois, 2007L001900
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 11/09/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**
**Thomas Baker**     represented by   **Howard J. Fishman**
Aronberg, Goldgehn, Davis & Garmisa
One IBM Plaza
Suite 3000
Chicago, IL 60611-3633
(312) 828-9600
Email: hfishman@agdglaw.com
*ATTORNEY TO BE NOTICED*

**John Michael Riccione**
Aronberg, Goldgehn, Davis & Garmisa
One IBM Plaza
Suite 3000
Chicago, IL 60611-3633
(312) 828-9600
Email: jriccione@agdglaw.com
*ATTORNEY TO BE NOTICED*

**Paul Andrew Greenberg**
Aronberg, Goldgehn, Davis & Garmisa
One IBM Plaza
Suite 3000
Chicago, IL 60611-3633
(312) 828-9600
Email: pgreenberg@agdglaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Angela Baker**     represented by   **Howard J. Fishman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Riccione**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Andrew Greenberg**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Patrick McGahren**    represented by **Andrew S. Rosenman**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email: courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Diane Renae Sabol**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email: courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Howard Schwartz**    represented by **Andrew S. Rosenman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Renae Sabol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Schauer**
Fox Rothschild LLP
747 Constitution Drive
Suite 100
Exton, PA 19341
610 458 4967
*ATTORNEY TO BE NOTICED*

**Defendant**
**Unicyn Financial Companies LLC**    represented by **Andrew S. Rosenman**
*a New Jersey Limited Liability Company*    (See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Renae Sabol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Schauer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Howard Schwartz** represented by **Andrew S. Rosenman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Renae Sabol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Schauer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Unicyn Financial Companies LLC** represented by **Andrew S. Rosenman**
*a New Jersey Limited Liability Company* (See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Renae Sabol**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall C. Schauer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Patrick McGahren** represented by **Andrew S. Rosenman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Renae Sabol**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Counter Defendant**

**Thomas Baker** represented by **Howard J. Fishman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Riccione**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul Andrew Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| Angela Baker | represented by | **Howard J. Fishman** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **John Michael Riccione** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Paul Andrew Greenberg** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2007 | 1 | NOTICE of Removal with summons and complaint from Circuit Court of Cook County, case number (2007L001900) filed by Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren Filing fee $ 350. (Poor Quality Original - Paper Document on File) (gej, ) (Entered: 11/14/2007) |
| 11/09/2007 | 2 | CIVIL Cover Sheet (gej, ) (Entered: 11/14/2007) |
| 11/09/2007 | 3 | ATTORNEY Appearance for Defendants Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren by Andrew S. Rosenman. (gej, ) (Entered: 11/14/2007) |
| 11/09/2007 | 4 | ATTORNEY Appearance for Defendants Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren by Diane Renae Sabol. (gej, ) (Entered: 11/14/2007) |
| 11/14/2007 | | MAILED Notice of Removal Letter with attorney appearance form to counsel of record. (gej, ) (Entered: 11/14/2007) |
| 11/14/2007 | 6 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Unicyn Financial Companies LLC (Sabol, Diane) (Entered: 11/14/2007) |
| 11/15/2007 | 12 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of Howard Schwartz, Unicyn Financial Companies LLC by Randall C. Schauer; Order entered granting leave by Judge Harry D. Leinenweber. Filing fee $ 50 paid, receipt number 1115539 (rbf, ) (Entered: 11/20/2007) |
| 11/16/2007 | 7 | *Defendants' ANSWER to Complaint (to Plaintiff's First Amended Complaint at Law) by Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren (Attachments: # 1 Exhibit A-B)(Sabol, Diane) (Entered: 11/16/2007)* |
| 11/16/2007 | 8 | AMENDED notice of removal, 1 by Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren (Sabol, Diane) (Entered: 11/16/2007) |
| 11/20/2007 | 9 | ATTORNEY Appearance for Plaintiffs Thomas Baker, Angela Baker by John Michael Riccione (Riccione, John) (Entered: 11/20/2007) |
| 11/20/2007 | 10 | ATTORNEY Appearance for Plaintiffs Thomas Baker, Angela Baker by Howard J. Fishman (Fishman, Howard) (Entered: 11/20/2007) |
| 11/20/2007 | 11 | ATTORNEY Appearance for Plaintiffs Thomas Baker, Angela Baker by Paul Andrew Greenberg (Greenberg, Paul) (Entered: 11/20/2007) |
| | | |

| | | |
|---|---|---|
| 01/14/2008 | [13](#) | COUNTERCLAIM filed by Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren against Thomas Baker, Angela Baker *Previously filed 11/16/07 as part of the Answer (Document no. 7)*. (Attachments: # 1 Exhibit A-B)(Sabol, Diane) (Entered: 01/14/2008) |
| 01/14/2008 | [14](#) | MOTION by Counter Claimants Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren for default judgment as to *Thomas Baker and Angela Baker* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Text of Proposed Order of Entry of Default/Order for Judgment# 5 Certificate of Service)(Sabol, Diane) (Entered: 01/14/2008) |
| 01/14/2008 | [15](#) | NOTICE of Motion by Diane Renae Sabol for presentment of motion for default judgment, 14 before Honorable Harry D. Leinenweber on 1/22/2008 at 09:30 AM. (Sabol, Diane) (Entered: 01/14/2008) |
| 01/14/2008 | [16](#) | CERTIFICATE of Service by Diane Renae Sabol on behalf of Howard Schwartz, Unicyn Financial Companies LLC, Patrick McGahren regarding notice of motion 15 (Sabol, Diane) (Entered: 01/14/2008) |
| 01/15/2008 | [17](#) | MINUTE entry before Judge Harry D. Leinenweber : Status hearing set for 2/19/2008 at 09:00 AM.Mailed notice (wp, ) (Entered: 01/15/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/15/2008 15:20:38 | | | |
| PACER Login: | ag0122 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-06368 |
| Billable Pages: | 3 | Cost: | 0.24 |

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thomas Baker and Angela Baker,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>Patrick McGahren, Howard Schwartz and Unicyn Financial Companies, LLC, a New Jersey limited liability company,<br><br>Defendants/Counter-Plaintiffs. | Case No. 07 C 6368<br><br>Judge Leinenweber<br>Magistrate Judge Ashman |

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker (hereinafter the "Bakers"), by and through their undersigned attorneys, for their answer and affirmative defenses to the Counterclaim of Defendants/Counter-Plaintiffs Counterclaim, state as follows:

1. Pursuant to the Employment Agreement, in the section entitled "Commission Structure", subsection (D), Plaintiffs are jointly and severally responsible to pay back any "Ramp-Up Deficit" (in essence, monies paid against future commissions) which may exist, as defined in the cited paragraph, in the event that one or both voluntarily terminate the employment relationship with Unicyn at any time prior to the end of the first year of employment.

    **RESPONSE:**    The Bakers deny the allegations in Paragraph 1.

2. As of the date of the termination of employment by Thomas, he had a Ramp-Up Deficit of $29,017.48, see Exhibit B hereto.

    **RESPONSE:**    The Bakers deny the allegations in Paragraph 2.

3. The Employment Agreement further provides that any Ramp-Up Deficit that was not recovered shall be immediately due and payable in full.

**RESPONSE:** The Employment Agreement referenced in this paragraph is not attached to the Counterclaim or incorporated by reference into the Counterclaim. The Bakers deny the allegations in Paragraph 3 to the extent they attempt to characterize a written document that speaks for itself.

4. Plaintiffs have not made any payment to Unicyn on account of the Ramp-Up Deficit.

**RESPONSE:** Admitted. Further answering, the Bakers deny that any sums are due and owing to Counter-Plaintiffs under the Employment Agreement.

### Affirmative Defenses

Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker, allege the following affirmative Defenses to the Counterclaim:

1. The Counterclaim fails to state a claim upon which relief can be granted.

2. The Counterclaim is barred, in whole or in part, because Patrick McGahren does not have legal standing to bring a claim under the employment agreement.

3. The Counterclaim is barred, in whole or in part, because Howard Schwartz does not have legal standing to bring a claim under the employment agreement.

4. The Counterclaim is barred, in whole or in part, because it violates the public policy of the State of Illinois.

2

5. The Counterclaim is barred, in whole or in part, to the extent it is ambiguous and must be construed against the drafter, Unicyn.

6. The Counterclaim is barred, in whole or in part, by the statute of limitations.

7. The Counterclaim is barred, in whole or in part, by the doctrine of laches.

8. The Counterclaim is barred, in whole or in part, by the doctrine of waiver.

9. The Counterclaim is barred, in whole or in part, by the doctrine of estoppel.

10. The Counterclaim is barred, in whole or in part, by the doctrine of unclean hands.

11. The Counterclaim is barred, in whole or in part, by Unicyn's prior material breach of the Employment Agreement.

12. The Counterclaim is barred, in whole or in part, by Unicyn's anticipatory repudiation of the Employment Agreement.

13. The Counterclaim is barred, in whole or in part, by Counter-Plaintiffs' material misrepresentations made to induce the Bakers to enter into the Employment Agreement and to refrain from exercising their rights under the Employment Agreement.

WHEREFORE, Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker, respectfully request that this Honorable Court enter judgment in their favor and against Defendants/Counter-Plaintiffs, and

award them any other or further relief that the Court deems just and appropriate.

Dated:                                          Thomas Baker & Angela Baker


                                    By:_____
                                        One of their attorneys

Paul A. Greenberg
Howard J. Fishman
Aronberg Goldgehn Davis & Garmisa
330 North Wabash -. Suite 3000
Chicago, Illinois   60611
(312) 828-9600 Telephone
(312) 828-9635 Facsimile

Attorneys for Thomas Baker and Angela Baker

468471.v1