### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Thomas Baker and Angela Baker,<br><br>　　　　　Plaintiffs/Counter-Defendants,<br><br>　v.<br>Patrick McGahren, Howard Schwartz and Unicyn Financial Companies, LLC, a New Jersey limited liability company,<br><br>　　　　　Defendants/<br>　　　　　Counter-Plaintiffs. | Case No.  07 C 6368<br><br>Judge Leinenweber<br>Magistrate Judge Ashman |

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker (hereinafter the "Bakers"), by and through their undersigned attorneys, for their answer and affirmative defenses to the Counterclaim of Defendants/Counter-Plaintiffs, state as follows:

　　　1.　　Pursuant to the Employment Agreement, in the section entitled "Commission Structure", subsection (D), Plaintiffs are jointly and severally responsible to pay back any "Ramp-Up Deficit" (in essence, monies paid against future commissions) which may exist, as defined in the cited paragraph, in the event that one or both voluntarily terminate the employment relationship with Unicyn at any time prior to the end of the first year of employment.

　　　**RESPONSE:**　　The Bakers deny the allegations in Paragraph 1.

　　　2.　　As of the date of the termination of employment by Thomas, he had a Ramp-Up Deficit of $29,017.48, see Exhibit B hereto.

　　　**RESPONSE:**　　The Bakers deny the allegations in Paragraph 2.

3. The Employment Agreement further provides that any Ramp-Up Deficit that was not recovered shall be immediately due and payable in full.

**RESPONSE:** The Employment Agreement referenced in this paragraph is not attached to the Counterclaim or incorporated by reference into the Counterclaim. The Bakers deny the allegations in Paragraph 3 to the extent they attempt to characterize a written document that speaks for itself.

4. Plaintiffs have not made any payment to Unicyn on account of the Ramp-Up Deficit.

**RESPONSE:** Admitted. Further answering, the Bakers deny that any sums are due and owing to Counter-Plaintiffs under the Employment Agreement.

## Affirmative Defenses

Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker, allege the following affirmative Defenses to the Counterclaim:

1. The Counterclaim fails to state a claim upon which relief can be granted.
2. The Counterclaim is barred, in whole or in part, because Patrick McGahren does not have legal standing to bring a claim under the employment agreement.
3. The Counterclaim is barred, in whole or in part, because Howard Schwartz does not have legal standing to bring a claim under the employment agreement.
4. The Counterclaim is barred, in whole or in part, because it violates the public policy of the State of Illinois.

5. The Counterclaim is barred, in whole or in part, to the extent it is ambiguous and must be construed against the drafter, Unicyn.

6. The Counterclaim is barred, in whole or in part, by the statute of limitations.

7. The Counterclaim is barred, in whole or in part, by the doctrine of laches.

8. The Counterclaim is barred, in whole or in part, by the doctrine of waiver.

9. The Counterclaim is barred, in whole or in part, by the doctrine of estoppel.

10. The Counterclaim is barred, in whole or in part, by the doctrine of unclean hands.

11. The Counterclaim is barred, in whole or in part, by Unicyn's prior material breach of the Employment Agreement.

12. The Counterclaim is barred, in whole or in part, by Unicyn's anticipatory repudiation of the Employment Agreement.

13. The Counterclaim is barred, in whole or in part, by Counter-Plaintiffs' material misrepresentations made to induce the Bakers to enter into the Employment Agreement and to refrain from exercising their rights under the Employment Agreement.

WHEREFORE, Plaintiffs/Counter-Defendants, Thomas Baker and Angela Baker, respectfully request that this Honorable Court enter judgment in their favor and against Defendants/Counter-Plaintiffs, and

award them any other or further relief that the Court deems just and appropriate.

Dated:  January 22, 2008　　　　　Thomas Baker & Angela Baker


　　　　　　　　　　　　　　　　　By:　/s/ Howard J. Fishman
　　　　　　　　　　　　　　　　　　　One of their attorneys

Paul A. Greenberg
Howard J. Fishman
Aronberg Goldgehn Davis & Garmisa
330 North Wabash -. Suite 3000
Chicago, Illinois   60611
(312) 828-9600 Telephone
(312) 828-9635 Facsimile

Attorneys for Thomas Baker and Angela Baker

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was filed this 22nd day of January, 2008 via the Court's CM/ECF System and copies were served on counsel of record via the Court's electronic filing system.

                /s/ Howard J. Fishman

468471.v1