# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Thomas Baker, et al.

Plaintiff,

v.

Case No.: 1:07–cv–06368

Honorable Harry D. Leinenweber

Patrick McGahren, et al.

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Martin C. Ashman for the purpose of holding proceedings related to settlement conference.(wp, )Mailed notice.

Dated: January 22, 2008

/s/ Harry D. Leinenweber

United States District Judge