## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Thomas Baker, et al.
      Plaintiff,

v.           Case No.: 1:07−cv−06368
           Honorable Harry D. Leinenweber

Patrick McGahren, et al.
      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

  MINUTE entry before Judge Harry D. Leinenweber :Defendants' Motion for default judgment [14] is denied. Plaintiffs' granted leave to file answer to counterclaim. Status hearing reset for 3/26/2008 at 9:00 a.m. Cause to be referred to Magistrate Judge Ashman for a settlement conference.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.