# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Thomas Baker, et al.

                Plaintiff,

v.

               Case No.: 1:07−cv−06368
               Honorable Harry D. Leinenweber

Patrick McGahren, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Martin C. Ashman :Settlement Conference reset to 4/22/2008 at 11:00 AM., by agreement of the parties. Settlement Conference of 3/6/2008 is stricken. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.