



**Fox Rothschild** LLP
ATTORNEYS AT LAW

Eagleview Corporate Center
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA 19341-0673
Tel 610.458.7500  Fax 610.458.7337
www.foxrothschild.com

Randall C. Schauer
Direct Dial: (610) 458-4967
Email Address: rschauer@foxrothschild.com

**FILED**

MAR 1 7 2008

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

March 14, 2008

The Honorable Harry D. Leinenweber
U.S. District Court for the Northern District of Illinois
219 South Dearborn Street, Room #1946
Chicago, IL 60604

**RECEIVED**

MAR 1 7 2008

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

Re:  **Baker v. McGahren et al.**
     **Docket No. 07-06368**

     07 c 6368

Dear Judge Leinenweber:

I am requesting to participate in the status conference scheduled for Wednesday, March 26, 2008 at 9:00 a.m. by telephone. Opposing counsel has indicated that they will attend personally. If this request is not acceptable, please let me know as soon as possible.

Thank you for your attention.

Respectfully submitted,

Randall C. Schauer

RS:cpb
cc:  Paul A. Greenberg, Esquire
     Howard J. Fishman, Esquire
     Diane Sabol, Esquire

EX1 754085v1 03/14/08

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania