**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   07 C 6368

Thomas Baker, et al. v. Patrick McGahren, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Thomas Baker and Angela Baker

| | |
|---|---|
| NAME (Type or print) | |
| Jillian S. Cole | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jillian S. Cole | |
| FIRM | |
| Aronberg Goldgehn Davis and Garmisa | |
| STREET ADDRESS | |
| 330 N. Wabash, Suite 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6279025 | 312-828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL           APPOINTED COUNSEL | |