**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THOMAS BAKER & ANGELA BAKER, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PATRICK MCGAHREN, HOWARD ) <br> SCHWARTZ and UNICYN FINANCIAL ) <br> COMPANIES, LLC, a New Jersey ) <br> Limited Liability Company, ) <br> ) <br>     Defendants. ) | CASE NO.  07 C 6368 <br><br> Judge Leinenweber <br><br> Magistrate Judge Ashman |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiffs, Thomas Baker and Angela Baker, by and through their undersigned attorneys, make the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A. *The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:*

The following individuals are believed to have discoverable information on various subjects relevant to the above-captioned matter.

    (1)    Thomas Baker, 358 Carey Court, Bloomingdale, Illinois 60108;

    (2)    Angela Baker, 358 Carey Court, Bloomingdale, Illinois 60108;

    (3)    Howard Schwartz;

    (4)    Patrick McGahren;

    (5)    Connie Vacca, 10 McKinley Street, Suite 10, Closter, NJ 07624;

    (6)    Nick Capparelli, 2005 Market Street, 15th Floor, Philadelphia, PA 19103;

(7)  Greg Wood, 4040 McEwen Road, Suite 310, Dallas, TX 75244;

(8)  Rob Eredini, 4040 McEwen Road, Suite 310, Dallas, TX 75244;

(9)  Helen Weinbracht, 10 McKinley Street, Suite 10, Closter, NJ 07624;

(10) Leigh Sinn, 7508 B 24th Avenue NW, Seattle, WA 98117;

(11) Michael Healy, 9542 Topanga Cyn. Blvd., Chatsworth, CA 91311;

(12) Penny Healey, 9542 Topanga Cyn. Blvd., Chatsworth, CA 91311;

(13) Anthony Chan, 950 W. Peachtree Street N.W., #1709, Atlanta, GA 30309;

(14) Tom Laundon, 2745 Lenox Road, #1, Atlanta, GA 30324;

(15) Dan Croft, 4568 Holstein Hill Drive, Norcross GA 30092;

(16) Tyler Tucker, 2631 North Mozart, 1F, Chicago, IL 60647;

(17) Jerry Price;

(18) Richard McClure, Vice President at Commerce National Bank, 3650 Olentangy River Road, #100, Columbus, OH 43214; and

(19) and any witnesses called by Defendants or disclosed by them.

The identification of the foregoing individuals should not be deemed to preclude Plaintiffs from identifying other individuals and other relevant information whose existence or relevance they may become aware of during the discovery process, in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules, including without limitation individuals disclosed by Defendants. Other individuals, whose identities may be disclosed in the documents listed below, may also have discoverable information on the above-described topics. Plaintiffs reserve their rights to supplement this disclosure accordingly. Investigation is ongoing and not yet complete as to the subjects of information the aforementioned individuals have and the three omitted addresses. Plaintiffs will supplement.

B.   *A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that may be used to support its claims:*

1. Pleadings from the action captioned *HPSC Inc. v. Thomas Baker and Angela Baker*, Case No. 05-C-4830 in the United States District Court for the Northern District of Illinois.

2. Pleadings from the action captioned *HPSC Inc. v. Thomas Baker and Angela Baker*, in the Circuit Court of the 18th Judicial Circuit, DuPage, Illinois.

3. Bills and checks for attorneys' fees to Aronberg Goldgehn Davis & Garmisa for services rendered in *HPSC Inc. v. Thomas Baker and Angela Baker*, Case No. 05-C-4830 in the United States District Court for the Northern District of Illinois.

4. Documents including, but not limited to e-mails, memorandum, power point presentations and letters from Unicyn to Thomas and Angela Baker regarding Unicyn's commission structure, benefit plans, company financing, employee equity grants, salary and benefits.

5. Employment agreement between Unicyn and Thomas Baker and Angela Baker.

6. Angela Baker's payroll slips from Unicyn for 2005 through 2006.

7. Tom Baker's payroll slips from Unicyn for 2005 through 2006.

8. Press releases issued by Unicyn.

9. Letters to Thomas Baker from Unicyn regarding its relationship with LEAF Financial Corporation.

10. Documents, including but not limited to letters, memorandum and e-mails from Thomas Baker to HPSC regarding his resignation, pension, and benefits.

The production of the foregoing documents or categories of documents should not be deemed to preclude Plaintiffs from identifying other documents of whose existence or relevance they may become aware of during discovery, in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules, including without limitation documents produced or disclosed by Defendants and/or third parties. Plaintiffs reserve their right to supplement this disclosure accordingly.

C.  *A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered*:

Discovery in this action is ongoing, and incomplete. Plaintiffs have not yet determined the precise extent of damages sustained as a result of Defendants' conduct, and will supplement this disclosure as appropriate. However, Plaintiffs Thomas Baker and Angela Baker are owed 67,434.00 and $29,314.00, respectively, from Defendants for their gross wages on funded transactions. Moreover, Plaintiffs are entitled to further wages with respect to transactions consummated after June 19, 2006 for which they were the procuring cause. Plaintiffs are unable to determine the precise amount of these commissions because they currently lack the information necessary to calculate a precise dollar figure. See Attached Riders A and B for a preliminary computation of such damages. As such information becomes available, Plaintiffs will supplement this disclosure accordingly.

Plaintiffs are entitled to an award of their attorneys' fees under the Wage Payment and Collection Act. Defendants also owe Plaintiffs attorneys' fees in the amount of $15,000.00 pursuant to the Employment Agreement for their defense in the lawsuit *HPSC Inc. v. Thomas Baker and Angela Baker*, Case No. 05-C-4830 in the United States District Court for the Northern District of Illinois.

Moreover, as a direct result of Defendants' fraudulent representations, which induced Plaintiffs to leave HPSC and join Unicyn, Plaintiffs are entitled to receive the income that they lost by leaving HPSC. A definitive dollar amount cannot be ascertained at this time. Plaintiffs will supplement this disclosure as information becomes available. In addition, Thomas Baker forfeited retirement benefits from HPSC in the amount of approximately $3,000.00 per month, for which Defendants are responsible.

4

Finally, Plaintiffs will suffer damages if Defendants will not allow them to exercise their option to acquire membership units in Unicyn. Plaintiffs cannot assess the amount of damages they will incur if Defendants refuse them the units they are entitled to. As such information becomes available, Plaintiffs will supplement this disclosure accordingly.

D. *For Inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:*

None.

Dated: August 21, 2008                     Thomas Baker & Angela Baker


                                           By:   /s/ Jillian S. Cole
                                                 One of their attorneys

Howard J. Fishman
Jillian S. Cole
Aronberg Goldgehn Davis & Garmisa
330 North Wabash -. Suite 3000
Chicago, Illinois   60611
(312) 828-9600 Telephone
(312) 828-9635 Facsimile

Attorneys for Thomas Baker and Angela Baker

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed this 21st day of August, 2008 via the Court's CM/ECF System and copies were served on counsel of record via the Court's electronic filing system.

                                                   /s/ Jillian S. Cole

492097.v1