**RIDER A**

Angela Baker

| | |
|---|---|
| Ron Anderson, OD | $21,359.00 |
| Mark Beckstead, DDS | 38,500.00 |
| Dr. Charles Behney | 25,195.00 |
| Dr. Martin Cisneros | 38,500.00 |
| Dr. Michael Ciszek | 15,584.00 |
| Dr. Lea Colby, OD | 23,714.60 |
| Dr. Dennis Dettman | 18,231.25 |
| Paul J. Lederer, OD | 14,572.18 |
| Robert A. Marini, OD | 13,493.71 |
| John Regner | 6,269.00 |
| Dr. Khaled Tawansy | 76,668.75 |
| Des Moines Retina | 320,000.00 |
| Debra Bourdea | 250,000.00 |
| Kevin Fountain | 150,000.00 |
| Charles Breen, OD | 33,629.00 |
| Tim Brooks, OD | 38,500.00 |
| Dr. Daniel Niederkohr | 20,426.00 |
| Dr. John Capellani, OD | 31,308.80 |
| Dr. Carlos Correa | 29,030.52 |
| David T. Duvendack, OD | 15,000.00 |
| Dr. Vivian Fasula | 16,761.00 |
| James Ferguson | 38,896.00 |
| Steve M. Green | 73,000.00 |
| John Hauge | 38,500.00 |
| Hernley Family and Cosmetic Dentistry | 38,500.00 |
| Mayville Vision Center | 25,105.00 |
| Dr. Richard Jackson | 13,500.00 |
| David A. Koch, OD | 8,900.00 |
| Chittick Family Eyecare | 11,322.89 |
| Todd Meeks | 36,500.00 |
| Lee Newton | 45,285.00 |
| Gregory Pistone | 39,900.00 |
| Peter Ruff | 29,000.00 |
| Steve Shadwick and Assoc. | 12,000.00 |
| James Wardlaw | 10,934.00 |

**RIDER B**

Thomas Baker

| | |
|---|---|
| Dr. Abdul Majzoub | $87,135.00 |
| Dr. Phillip Debossu | 140,058.67 |
| Dr. Francis Cavero | 64,813.11 |
| Dr. Robert Nouneh | 30,000.00 |
| Dr. Bill Howard Jr. | 25,000.00 |
| Dr. Tim Clark | 25,000.00 |
| Dr. Maggie Augustyn | 81,680.20 |
| Dr. John J. Brletic | 211,231.62 |
| Heartland Cat Hospital, PLLC | 200,000.00 |
| Petcare Animal Hospital, Inc. | 250,000.00 |
| Ridgeview Veterinary Hospital | 250,000.00 |
| Dr. Vincent Crescenzo | 950,000.00 |
| Dr. Spiro Spyratos | 305,863.15 |